IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| TRAVIS CALDWELL SPANGLER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 23-0119-CV-W-BCW |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

____ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Defendant's motion to remand (Doc. #11) is GRANTED. This action is REVERSED and REMANDED to the Commissioner for further proceedings, consistent with the relief sought by Defendant under § 405(g).

October 25, 2023        Paige Wymore-Wynn
Date                    Clerk of Court

                        /s/ Tracy L. Diefenbach
                        (by) Deputy Clerk